# EXHIBIT 3



**REICHMAN JORGENSEN**
**LEHMAN & FELDBERG LLP**

Matthew G. Berkowitz
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
mberkowitz@reichmanjorgensen.com

February 5, 2026

<u>**Via E-Mail**</u>

Timothy Maloney
Nixon Peabody LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
tmaloney@nixonpeabody.com

Re: Vertiv/Valtrus Litigation

Dear Tim:

We write regarding the ongoing litigation Vertiv has initiated against Valtrus, including both the declaratory judgment case filed in May 2024 and the recently filed declaratory judgment case involving additional patents.

Despite Vertiv's claims in its complaints that Valtrus is harassing its customers, Valtrus has repeatedly attempted to engage with Vertiv to resolve its infringement disputes without the need to involve Vertiv's customers. In particular, Valtrus has already made multiple settlement offers to Vertiv that would provide a license to its patent portfolio. In August 2025, Valtrus made Vertiv an offer for a license extending to specific Vertiv customers that Valtrus has already notified of their infringement, including Cologix, CoreSite, Iron Mountain, DataBank, NTT, TierPoint, TRG, and Lumen. And in January 2026, Valtrus made an offer for a license for all of Vertiv's customers, including those Valtrus does not already know about through public information. Valtrus has also proposed other creative solutions to resolve the disputes raised in Vertiv's declaratory judgment claims, including binding arbitration, mediation, and agreements not to sue Vertiv's customers if Vertiv would take responsibility for their infringement itself. To date, Valtrus has still never received a response to any of its offers or proposals.

Valtrus continues to believe that the parties should resolve their disputes without needing to resort to litigation against Vertiv's customers, particular where Vertiv alleges that it is contractually obligated to indemnify for any damages owed for their infringement based on using Vertiv's equipment. Valtrus therefore once again asks that Vertiv consider the following three approaches to reach a resolution, each of which would mean that Valtrus would not file additional lawsuits against any Vertiv customer based on their use of Vertiv equipment:

- Negotiate in good faith for Vertiv to obtain a license to Valtrus's portfolio that would extend to its customers' use of Vertiv's products;

- Participate in binding arbitration to resolve the issue of infringement and resulting damages based on Vertiv's customers' use of the Vertiv products;

February 5, 2026
Page 2

- Agree that if Valtrus prevails in the declaratory judgment lawsuit, Vertiv will pay for its customers' infringement based on use of the Vertiv products.

If Vertiv continues to refuse to engage with Valtrus in its attempts to resolve these disputes, Valtrus will be forced to file additional lawsuits against Vertiv's customers directly. Please let us know whether Vertiv will agree to any of the proposals outlined above.


Sincerely,

*/s/ Matthew Berkowitz*
Matthew Berkowitz