# EXHIBIT 5

**U.S. Patent No. 6,854,287 – Infringement Claim Chart**

On information and belief, Stulz and Trane entered into a relationship whereby Trane would supply Stulz-manufactured Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), and accompanying control devices/systems. *See, e.g.*, https://www.achrnews.com/articles/141346-trane-and-stulz-usa-announce-strategic-agreement.

The Stulz/Trane Supplied Products include Stulz's/Trane's Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), and accompanying control devices/systems, including:

- Direct Expansion Computer Room/Perimeter Air Conditioners with variable capacity/speed compressors (e.g., CyberAir DX, CyberOne EC DX, MiniSpace, MiniSpace EC, CompactPlus DX)

- Direct Expansion Row-Based Precision Air Conditioners with variable capacity/speed compressors (e.g., CyberRow DX)

- Accompanying control devices/systems (e.g., C7000, E2 controller/microprocessor).

These Stulz/Trane Supplied Products,[1] when used by Stulz's/Trane's customers to cool a data center, infringed at least claim 1 of the '287 patent, as demonstrated in the exemplary claim chart below.

---

[1] The Trane Supplied Products also include any non-Stulz Trane OEM CRAC, CRAH, and accompanying control devices/systems that operate similarly to those described herein.

Page 1 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method for cooling a room configured to house a plurality of computer systems, said method comprising: | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, cooled a room configured to house a plurality of computer systems.<br><br>**IT Cooling Solutions**<br><br>**A guide to Precision Air Conditioning & Cooling Solutions from STULZ**<br>**Expertise in Data Centres, Server Rooms and all critical environments**<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>Optimum air distribution in a data centre<br><br>Hot aisle<br>Cold aisle<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Total efficiency: The precision climate control range from STULZ**<br><br>Precision air-conditioning systems precisely regulate temperature and humidity for sensitive technology. In data centres and mobile phone network exchanges, their continuous operation reliably ensures the high availability of computer systems. This is increasingly challenging as the performance of modern information and telecommunications technology improves.<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**Greater efficiency thanks to free cooling with outside air**<br><br>Economical precision air-conditioning systems also make use of cool outside air for indirect cooling of the data centre. Modern control electronics only switch on energy-intensive compressor cooling when really necessary. It continuously monitors the climate in the data centre and selects the optimum operating mode in no time.<br>Operation of cooling compressors and fans in the air-conditioning system is particularly energy-intensive. Electronic control improves the response in changing load conditions, while additional cooling with indirect free cooling keeps the running time of the compressor to a minimum.<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

Page 4 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Energy-saving potential thanks to ambient air – Direct Free Cooling**<br><br>With Direct Free Cooling, conditioned ambient air below 18°C is used to keep the data centre cool. This brings huge potential savings, but challenges as well. With this cooling method, a large volume of ambient air enters the rooms, so that extended temperature and humidity tolerances must be permitted. If the ambient temperature rises above 18°C, either an integrated DX system with compressors or a separate chiller assumes the task of cooling the data centre, depending on the air-conditioning solution that is installed.<br><br>Thanks to our many years of experience with precision air-conditioning solutions, we have succeeded in optimising all components for Direct Free Cooling, ensuring compliance with the specifications for data centre temperature tolerances according to **ASHRAE TC 9.9 – 2011**.<br><br>In addition, both our A/C units with Direct Free Cooling and the mixing and filtration boxes are available in various sizes. This enables you to configure the units precisely to suit your requirements and achieve optimum energy efficiency.<br><br>CyberAir units with Direct Free Cooling and fold-away heat exchanger<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

Page 5 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); Stulz CyberAir 3PRO DX ASR Brochure (2018); Stulz CyberRow DX Engineering Manual (Sep. 2021).<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
|  | **Network connection for convenient control**<br><br>With intelligent network solutions from STULZ, you will always be in control of your STULZ CyberAir 3 precision air conditioning system. You can enter and adjust setpoints, monitor the system and output operating data either using separate operator terminals, your PC or via a link to existing building management systems. The serial RS485/RS232 interfaces enable connection with all common BMS systems from other manufacturers. Enjoy the convenience of controlling your air conditioning system by web browser using the STULZ WIB8000 internet interface. And incorporate it in building management bus systems via the LonWorks®-based STULZ LIB7000 interface.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**Control by microprocessor**<br><br>Each STULZ CyberAir 3 air conditioning unit has its own electronic controller. The C7000 microprocessor controls all active components and communicates with other air conditioning units and BMS interfaces in the system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>The C7000 microprocessor efficiently regulates all system states, CW standby management, the EC fan and the electronic expansion valve. Up to 20 air conditioning modules can be operated per bus system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

Page 7 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**All active components in perfect balance**<br><br>The microprocessor keeps all active components of the system in balance. It adapts various parameters such as air flow, external pressure, noise level and cooling capacity of each air conditioning unit precisely in line with the room conditions. In addition, it supplies the data for the remote control units, initiates service messages and alarms via e-mail or text and can be linked via interfaces to all common BMS systems and to the internet.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

Page 9 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | |

*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).

*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018).

| Claim Language | Exemplary Evidence |
|---|---|
| | **A/C Grouping pLAN Operation (Optional)**<br><br>Multiple CyberAir system controllers shall be able to be connected (grouped) to a pLAN local network to enable the communication of data and information from each controller to a central control terminal or Lead controller.<br>The Lead controller display screen can be used to monitor and adjust group control variables for the individual system controllers. Each E² controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberAir systems consisting of up to eight floor-mounted air conditioners equipped with like controllers may be controlled and monitored via the E² series controller. With multiple CyberAir systems, each unit can be selectively configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability.<br><br>The controller may also be configured to rotate units with timed duty cycling to promote equal run- time and assure that each CyberAir system within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] providing a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room; | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, provided a plurality of heat exchanger units configured to receive air from said room and to deliver air to said room.<br><br>Stulz's/Trane's customers used two or more CRAC/CRAH units networked together within a room, where each unit includes a heat exchanger and two or more comprises a plurality.  The heat exchangers of the CRAC/CRAH units received hot air from the room and delivered cool air back to the room.<br><br><br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.,* Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditiioning" Brochure (2015). *See, e.g.,* Stulz, "CyberAir 3PRO DX ASR" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Control by microprocessor**<br><br>Each STULZ CyberAir 3 air conditioning unit has its own electronic controller. The C7000 microprocessor controls all active components and communicates with other air conditioning units and BMS interfaces in the system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>The C7000 microprocessor efficiently regulates all system states, CW standby management, the EC fan and the electronic expansion valve. Up to 20 air conditioning modules can be operated per bus system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

Page 15 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | |
| | *See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **C7000 basic version**<br><br>This version comes equipped with all the necessary functions for controlling and monitoring the air conditioning system. A service interface enables the C7000 to be precisely configured using a laptop. Optional signal lamps on the housing keep the user informed about the operating state of the air conditioning unit. The Modbus protocol frequently used for connection to BMS systems is already integrated in the microprocessor:<br><br>• High level of redundancy and availability thanks to autonomous controllers in every air conditioning module<br><br>• Sequencing with standby functions<br><br>• Control of up to 20 air conditioning modules per data bus system<br><br>• UPS operation with configurable components for low unit power consumption<br><br>• Recording of room conditions<br><br>• Event log<br><br>• Zone operation<br><br>• Service interface<br><br>• Modbus protocol preinstalled<br><br>**C7000 Advanced user interface**<br><br>This interface also features an external control panel with graphic display and an extended operator interface for connection to all common BMS systems. The Windows-type menu structure enables you to centrally control up to 20 air conditioning units. In addition to the functions of the basic version, the C7000 Advanced also offers the following:<br><br>• Large LCD graphic display for operation and control, either integrated in the air conditioning unit or as a separate remote control<br><br>• Simple adaptation to local conditions on start-up<br><br>• Can be operated in 12 languages<br><br>• Service interface for configuration and downloading software<br><br>• Manual mode for service purposes<br><br>• Suitable for connection to all common BMS systems. The RS485 and RS232 ports enable connection and interfacing to a BMS.<br><br>• Modbus and other data protocols preinstalled<br><br>• Optical and acoustic signaling of events<br><br>• The operator terminal is either incorporated in the air conditioning unit, or available as a separate module<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **A/C Grouping pLAN Operation (Optional)**<br><br>Multiple CyberAir system controllers shall be able to be connected (grouped) to a pLAN local network to enable the communication of data and information from each controller to a central control terminal or Lead controller.<br>The Lead controller display screen can be used to monitor and adjust group control variables for the individual system controllers. Each E² controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberAir systems consisting of up to eight floor-mounted air conditioners equipped with like controllers may be controlled and monitored via the E² series controller. With multiple CyberAir systems, each unit can be selectively configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability.<br><br>The controller may also be configured to rotate units with timed duty cycling to promote equal run- time and assure that each CyberAir system within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021). |
| [1b] supplying said plurality of heat exchanger units with cooling fluid from an air conditioning unit; | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, supplied the plurality of heat exchanger units with cooling fluid from an air conditioning unit.<br><br>For example, Schneider Electric's customers, when using Schneider Electric's direct expansion (DX) units, supplied cooling fluid (e.g., refrigerant) from an air conditioning unit (e.g., compressor, condensor, EEV) to the heat exchanger (e.g., evaporator).<br><br>**Eight cooling systems cool with three refrigerants**<br><br>From a choice of eight cooling systems, data center operators will find the optimum balance between investment, operating costs and energy efficiency. In addition to water as the cooling medium, the STULZ CyberAir 3 can run with three different refrigerants: standard R407C and R410A refrigerants, and high temperature R134a refrigerant.<br><br>The CyberAir 3 is available in cooling capacities between 18 ~ 245 kW.<br><br>*See, e.g.*, Stulz, "Cyberair 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Stulz, "CyberAir 3PRO DX ASR" Brochure (2018). *See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018); *see also, e.g.*, Stulz CyberRow Brochure (2023). |

Page 19 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>See, e.g., Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br><br><br>See, e.g., Stulz CyberRow Brochure (2023). |

Page 20 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Air Cooled**      **Water Cooled**      **Glycol Cooled** <br><br> *See, e.g.*, Stulz CyberRow DX Engineering Manual (Sep. 2021). |
| [1c] cooling said received air through heat exchange with the cooling fluid in the plurality of heat exchanger units; | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, cooled the received air through heat exchange with the cooling fluid in the plurality of heat exchanger units. <br><br> The heat exchangers (i.e., evaporators) of the direct expansion (DX) units cooled the received air by exchanging heat to the cooling fluid (e.g., refrigerant) in the evaporator coil, thus cooling the air to be returned to the room. <br><br> *See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012). *See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1d] sensing temperatures at one or more locations in said room; | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, sensed the temperature at one or more locations in the room.<br><br>**Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**All active components in perfect balance**<br><br>The microprocessor keeps all active components of the system in balance. It adapts various parameters such as air flow, external pressure, noise level and cooling capacity of each air conditioning unit precisely in line with the room conditions. In addition, it supplies the data for the remote control units, initiates service messages and alarms via e-mail or text and can be linked via interfaces to all common BMS systems and to the internet.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018).<br><br><br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  *See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (April 2019); *see also, e.g.* Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow DX Installation, Operation and Maintenance Manual (April 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **2.6.4.1 Remote Temperature/Humidity Sensor**<br><br>A remote temperature/humidity (T/H) sensor must be located so that it will properly sense the temperature/ humidity conditions to be controlled (room air or supply air). Depending on the type of control selected (see Section 2.6.4), the sensor may be factory mounted or shipped loose for field installation. The T/H sensor should not be mounted near a doorway or an area where it would be exposed to direct sunlight. When locating the sensor, consider the length of wire to be used. As an option, a 75 foot or 150 foot long cable may be provided by STULZ. Follow the steps below to mount the sensor.<br><br>CONTROL CABLE OPENING<br>WIRE TERMINALS<br>**Temperature /Humidity Sensor**<br><br>*See, e.g.*, Stulz CyberAir DX Installation, Operation and Maintenance Manual (April 2019); *see also, e.g.* Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (Feb. 2020); Stulz CyberRow DX Installation, Operation and Maintenance Manual (April 2016). |
| [1e] controlling at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations; and | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, controlled at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations.<br><br>For example, Stulz's/Trane's customers, when using direct expansion cooling units, controlled at least one of the temperature of said cooling fluid and said air delivery by said plurality of heat exchanger units to said room in response to said sensed temperatures at said one or more locations. |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "STULZ Solutions and Services" Brochure (June 2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |
| | *See, e.g.*, Stulz, "STULZ Solutions and Services" Brochure (June 2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**4.3 Function of the A/C unit**<br>The A/C unit is exclusively operated by the controller in the front panel and the main switch (operable from outside the unit) in the electric box.<br>In the air inlet a temperature/humidity sensor is located which provides the measured values for the temperature/humidity control. In general the cooling is achieved by compressor operation in the refrigerant circuit. In the unit versions ACW, GCW and GE a direct cooling by a chilled water coil is also possible.<br>All A/C units also exist as versions with a speed controlled compressor. In contrast to the units with on/off compressor, the cooling water circuit of the GS, GSCW and GES versions contains a 2 way valve for each condenser which is controlled by the C7000.<br><br>The A/C unit control is effected by the on board I/O controller. The operational conception is designed such as to allow to control up to 19 units from one unit. These units can be installed separately with a maximum control line length of 1000 m.<br><br>*See, e.g.*, Stulz CyberAir 3 DX Original Instructions (Feb. 2015). |

Page 29 of **43**

| Claim Language | Exemplary Evidence |
|---|---|
| | **Characteristics** <br><br>• Cooling range from 30 kW to 150 kW<br>• Largest possible heat exchanger and filter surfaces for minimal pressure losses<br>• Available with refrigerants R410A and R134a<br>• STULZ C7000 microprocessor controls all functions and components, even when several units are combined in one system<br>• Filter control management<br>• All parts requiring maintenance can be accessed from the front<br>• Filter class M5<br>• For easier transportation: Fits through standard door sizes<br>• Flexible installation in the data center<br>• 6 sizes<br>• 2 refrigeration systems (air cooled, Indirect Dynamic Free Cooling)<br><br>*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015); *see also, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012); Stulz, "CyberAir 3PRO DX ASR" Brochure (2018).<br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018).<br><br>**Airflow Control**<br><br>**EC Fan Speed Control**<br><br>The system shall include a variable fan speed control package. The purpose of this feature is to allow the use of the energy saving capabilities of the EC fan without running into the problems associated with ice formation on the coil or excessive latent cooling. When the suction pressure and therefore suction temperature is equal to the minimum allowable coil temperature, the E² controller will prevent the EC fans from any further decrease in speed until that suction pressure/temperature rises. The minimum allowable suction temperature is a customer selectable parameter.<br><br>*See, e.g.*, Stulz CyberAir DX Perimeter Mounted Precision Air Conditioners 21 kW – 105 kW / 60 Hz Engineering Manual (June 2021); *see also, e.g.*, Stulz CyberRow DX Row-Based Precision Air Conditioners 12 kW – 33 kW / 60 Hz Engineering Manual (Sep. 2021). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **1.4.5 EC Fan**<br>The unit is equipped with a high efficiency, Electronically Commutated (EC) fan. EC fans utilize a brushless motor equipped with permanent magnets and permanently lubricated ball bearings. The fan impellers are backward curved and attached to the rotor casing. The fan is balanced and aerodynamically optimized to minimize vibration.<br>The fan does not utilize drive belts. Fan speed is variable via a 0 to 10 VDC signal from the system controller. The fan motor is equipped with integral electronics and does not require the addition of secondary electronics such as thermal protection, inverters or filters. The fan will not produce AC inverter whine.<br><br>**2.9.5 EC Fan**<br>The speed of the EC fan is controlled via a 0 to 10 VDC signal from the system controller. The controller is set by the factory and should not require adjustment. If it is determined that the air flow needs adjustment, this may be done using the controller's programming menu selections. Refer to the operator's manual provided under separate cover for the system controller. It is recommended that STULZ Product Support be contacted before making adjustments to the controller.<br><br>*See, e.g.*, Stulz CyberOne EC DX Installation, Operation and Maintenance Manual (Feb. 2020); *see also, e.g.* Stulz CyberAir DX Installation, Operation and Maintenance Manual (April 2019); Stulz CyberRow DX Row-Based Precision Air Conditioners 12 kW – 33 kW / 60 Hz Installation, Operation and Maintenance Manual (April 2016). |
| [1f] wherein the step of controlling said air delivery by said plurality of heat exchanger units comprises individually manipulating a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. | Stulz's/Trane's customers, when using the Stulz/Trane Supplied Products, individually manipulated a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units to control the air delivery by the plurality of heat exchanger units.<br><br>For example, Stulz's/Trane's customers, when using direct expansion cooling units, controlled said air delivery by said plurality of heat exchanger units by individually manipulating a mass flow rate of the cooling fluid supplied to each of the plurality of heat exchanger units. |

| Claim Language | Exemplary Evidence |
|---|---|
| | *See, e.g.*, Stulz, "STULZ Solutions and Services" Brochure (June 2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  |
| | *See, e.g.*, Stulz, "STULZ Solutions and Services" Brochure (June 2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**4.3 Function of the A/C unit**<br>The A/C unit is exclusively operated by the controller in the front panel and the main switch (operable from outside the unit) in the electric box.<br>In the air inlet a temperature/humidity sensor is located which provides the measured values for the temperature/humidity control. In general the cooling is achieved by compressor operation in the refrigerant circuit. In the unit versions ACW, GCW and GE a direct cooling by a chilled water coil is also possible.<br>All A/C units also exist as versions with a speed controlled compressor. In contrast to the units with on/off compressor, the cooling water circuit of the GS, GSCW and GES versions contains a 2 way valve for each condenser which is controlled by the C7000.<br><br>The A/C unit control is effected by the on board I/O controller. The operational conception is designed such as to allow to control up to 19 units from one unit. These units can be installed separately with a maximum control line length of 1000 m.<br><br>*See, e.g.*, Stulz CyberAir 3 DX Original Instructions (Feb. 2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | See, e.g., Stulz, "CyberAir 3PRO DX ASR: Maximum energy efficiency and optimum air conduction with fans in the raised floor" Brochure (2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015); *see also, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012); Stulz, "CyberAir 3PRO DX ASR" Brochure (2018).<br><br><br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | The cooling units were configured to be networked together for intelligent control.<br><br>**Network connection for convenient control**<br>With intelligent network solutions from STULZ, you will always be in control of your precision air-conditioning system.<br><br>**C1002**<br>• Standard controller with 4-digit, 7-segment LED display<br>• Key pad<br>• Integrated sequencing for connecting two units<br><br>**C2020**<br>• 4-line text based LC display<br>• Sequencing for up to 5 units<br>• Continuous condensation pressure regulation<br>• Software update and system<br><br>configuration using hardware key (optional)<br>• Separate control unit for remote control (optional)<br><br>**C6000 Chiller**<br>• LCD graphic display<br>• Integrated sequencing for up to 6 units<br>• High pressure management<br>• Free cooling management<br>• Continuous condensation pressure regulation<br><br>**C7000**<br>• High redundancy and availability thanks to independant controllers<br>• Integrated sequencing for up to 20 units<br>• Zone operation<br>• Filter control management<br>• CW standby management<br>• Free cooling control<br>• User interface with graphic display and remote control (optional)<br><br>*See, e.g.*, Stulz, "A guide to Precision Air Conditioning & Cooling Solutions from STULZ: Expertise in Data Centres, Server Rooms and all critical environments" Brochure (2012).<br><br>**Network connection for convenient control**<br><br>With intelligent network solutions from STULZ, you will always be in control of your STULZ CyberAir 3 precision air conditioning system. You can enter and adjust setpoints, monitor the system and output operating data either using separate operator terminals, your PC or via a link to existing building management systems.<br><br>The serial RS485/RS232 interfaces enable connection with all common BMS systems from other manufacturers. Enjoy the convenience of controlling your air conditioning system by web browser using the STULZ WIB8000 internet interface. And incorporate it in building management bus systems via the LonWorks®-based STULZ LIB7000 interface.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Control by microprocessor**<br><br>Each STULZ CyberAir 3 air conditioning unit has its own electronic controller. The C7000 microprocessor controls all active components and communicates with other air conditioning units and BMS interfaces in the system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>The C7000 microprocessor efficiently regulates all system states, CW standby management, the EC fan and the electronic expansion valve. Up to 20 air conditioning modules can be operated per bus system.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015).<br><br>**Growing to suit the load**<br><br>The resilient scalability of the STULZ CyberAir 3 range responds to rising heat loads caused by your expanding IT infrastructure. Further air conditioning units can even be added during ongoing operation. The C7000 microprocessor links up to 20 units in a network zone.<br><br>**Targeted air conditioning**<br><br>The air conditioning units can be located centrally in an air conditioning room or distributed around the data center. The cooling capacity of each air conditioning unit can be precisely adapted to the respective operating conditions. In all cases, the system enables optimum air distribution, which effectively prevents hot spots.<br><br>**Small footprint, numerous possibilities**<br><br>Designed to fit through a standard doorway, space can easily be found for every air conditioning unit without spending a great deal of time on transport and assembly. The system is preconfigured and ready for start-up once installed.<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **C7000 basic version**<br><br>This version comes equipped with all the necessary functions for controlling and monitoring the air conditioning system. A service interface enables the C7000 to be precisely configured using a laptop. Optional signal lamps on the housing keep the user informed about the operating state of the air conditioning unit. The Modbus protocol frequently used for connection to BMS systems is already integrated in the microprocessor:<br><br>• High level of redundancy and availability thanks to autonomous controllers in every air conditioning module<br><br>• Sequencing with standby functions<br><br>• Control of up to 20 air conditioning modules per data bus system<br><br>• UPS operation with configurable components for low unit power consumption<br><br>• Recording of room conditions<br><br>• Event log<br><br>• Zone operation<br><br>• Service interface<br><br>• Modbus protocol preinstalled<br><br>**C7000 Advanced user interface**<br><br>This interface also features an external control panel with graphic display and an extended operator interface for connection to all common BMS systems. The Windows-type menu structure enables you to centrally control up to 20 air conditioning units. In addition to the functions of the basic version, the C7000 Advanced also offers the following:<br><br>• Large LCD graphic display for operation and control, either integrated in the air conditioning unit or as a separate remote control<br><br>• Simple adaptation to local conditions on start-up<br><br>• Can be operated in 12 languages<br><br>• Service interface for configuration and downloading software<br><br>• Manual mode for service purposes<br><br>• Suitable for connection to all common BMS systems. The RS485 and RS232 ports enable connection and interfacing to a BMS.<br><br>• Modbus and other data protocols preinstalled<br><br>• Optical and acoustic signaling of events<br><br>• The operator terminal is either incorporated in the air conditioning unit, or available as a separate module<br><br>*See, e.g.*, Stulz, "CyberAir 3 – Data Center Cooling Solutions: Maximum efficiency in data center air conditioning" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
|  | **A/C Grouping pLAN Operation (Optional)**<br><br>Multiple CyberAir system controllers shall be able to be connected (grouped) to a pLAN local network to enable the communication of data and information from each controller to a central control terminal or Lead controller.<br>The Lead controller display screen can be used to monitor and adjust group control variables for the individual system controllers. Each E² controller connected to the pLAN network shall be identified with its own unique address.<br><br>Multiple CyberAir systems consisting of up to eight floor-mounted air conditioners equipped with like controllers may be controlled and monitored via the E² series controller. With multiple CyberAir systems, each unit can be selectively configured as Active to operate as a primary A/C, Capacity Assist for staged operation, or as Standby to come online in case of a failed air conditioning unit to ensure continuous availability.<br><br>The controller may also be configured to rotate units with timed duty cycling to promote equal run- time and assure that each CyberAir system within the rotating group is operationally exercised on a periodic timed basis.<br><br>*See, e.g.*, Stulz CyberAir DX Engineering Manual (June 2021); *see also, e.g.,* Stulz CyberOne EC DX Engineering Manual (Sep. 2021). |

Page 43 of **43**